AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.     **4:26-cv-00596**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for   **Experian Information Solutions, Inc**
was received by me on  **6/04/2026:**

☐  I personally served the **SUMMONS; COMPLAINT; CIVIL COVER SHEET** on the individual at *(place)*  on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **CT Corporation System, Registered Agent**, who is designated by law to accept service of process on behalf of **Experian Information Solutions, Inc** at **1999 Bryan St Ste 900, Dallas, TX 75201** on **06/05/2026 at 9:22 AM**; or

☐   I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 87.00** for services, for a total of **$ 87.00**.

I declare under penalty of perjury that this information is true.

Date:  06/05/2026

_____
*Server's signature*

**Babatunde Gbadamosi**
*Printed name and title*

**380 Vista Court Drive
Apt 4223
Plano, TX 75074**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT; CIVIL COVER SHEET,  to CT Corporation System, Registered Agent. The individual appeared to be a bald black male contact 35-45 years of age, 5'8"-5'10" tall and weighing 180-200 lbs with a beard and glasses.**

**Document received by Alaster Johnson fulfillment associate**





Tracking #: **0226588251**