AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.      **4:26-cv-00596**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for   **Trans Union, LLC**
was received by me on  **6/04/2026:**

☐ I personally served the **SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET** on the individual at *(place)*  on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Prentice Hall Corporation System**, who is designated by law to accept service of process on behalf of **Trans Union, LLC** at **211 E 7th St Ste 620, Austin, TX 78701** on **06/05/2026 at 9:26 AM**; or

☐  I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 87.00** for services, for a total of **$ 87.00**.

I declare under penalty of perjury that this information is true.

Date:  06/05/2026

_____
*Server's signature*

**Andrew Swatzell**
*Printed name and title*

**1108 LAVACA ST.
STE 110 - 549
AUSTIN, TX 78701**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET,  to Prentice Hall Corporation System, Registered Agent with identity confirmed by subject reaching for docs when named. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 25-35 years of age, 5'4"-5'6" tall and weighing 120-140 lbs with glasses.  Mak Hayes, Intake Agent**





Tracking #: **0226588844**