AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **4:26-cv-00596**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Equifax Information Services, LLC**
was received by me on  **6/04/2026:**

☐    I personally served the **SUMMONS; COMPLAINT; CIVIL COVER SHEET** on the individual at *(place)*  on *(date)* ; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒    I served the summons on **RA-Corporation Services Company**, who is designated by law to accept service of process on behalf of **Equifax Information Services, LLC** at **211 E 7th St Ste 620, Austin, TX 78701** on **06/05/2026 at 9:26 AM**; or

☐    I returned the summons unexecuted because ; or

☐    Other *(specify)*

My fees are $ 0 for travel and **$ 87.00** for services, for a total of **$ 87.00**.

I declare under penalty of perjury that this information is true.

Date:  06/10/2026

_____
*Server's signature*

**Andrew Swatzell**
*Printed name and title*

**1108 LAVACA ST.**
**STE 110 - 549**
**AUSTIN, TX 78701**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT; CIVIL COVER SHEET,  to RA-Corporation Services Company, REGISTERED AGENT with identity confirmed by subject reaching for docs when named. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 25-35 years of age, 5'4"-5'6" tall and weighing 120-140 lbs with glasses.  Mak Hayes, Intake Agent**





Tracking #: **0227098840**